AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, D. Brooks | Third Circuit Court of Appeals | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Court of Appeals, Ste 203<br>1798 Old Route 220N<br>Duncansville, PA 16635 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Truetee | Mount Aloysius College, Cresson, PA |
| 2. Trustee | Philadelphia University, Philadelphia, PA |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 18 A 11:18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Reliance Bank - Vice President, Commercial Lending - Salary | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | William and Mary Law School | 2/17-5/20 Williamsburg, VA - Moot Court Competition[Travel, food and lodging] |
| 2. | Fordham Law School | 3/5-3/7 New York, NY - Moot Court Competition[Travel, food and lodging] |
| 3. | Dickinson School of Law of the Pennsylvania State University | 5/12-5/13 Carlisle, PA - Commencent address[Travel, food and lodging] |
| 4. | Center for International Legal Education (CILE), U. of Pittsburgh School of Law | 5/21-5/23 Pristina, Kosovo - Legal education[Travel to and from Skopje, Macedonia, food and lodging in connection with meeting] |
| 5. | Allegheny County Bar Association | 6/15-6/16 Farmington, PA - Meeting[Food and lodging] |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, D. Brooks** | 05/15/2007 |

6.  New York Law School — 11/9-11/10 New York, NY - Moot Court Competition[Travel, food and lodging]

7.  Duquesne University Law School — 11/9-11/10 Pittsburgh, PA - Meeting[Travel, food and lodging]

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Euro Pac Growth Fd | A | Dividend | | | Sell | 07/25 | J | A | |
| 2. FNB Corp (common) | A | Dividend | | | Sell | 07/25 | J | A | |
| 3. FNB Corp (common) | A | Dividend | J | T | | | | | |
| 4. Fifth Third Bancorp | A | Dividend | | | Sell | 07/25 | J | A | |
| 5. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 6. Fidelity Mid Cap Fd | A | Dividend | | | Sell | 07/25 | J | A | |
| 7. Fidelity Equity Growth | A | Dividend | | | Sell | 07/25 | J | A | |
| 8. Franklin Small Cap Fd | A | Dividend | | | Sell | 07/25 | J | A | |
| 9. Investment Company of America | A | Dividend | | | Sell | 07/25 | J | A | |
| 10. Master's Select Equity Fd | A | Dividend | | | Sell | 07/25 | J | A | |
| 11. Fidelity Advisor Ser IV Intermediate Bond Fund Cl C | A | Distribution | | | Sell | 07/25 | J | A | |
| 12. FerrisBakerWatts - Reserve Primary Fund | A | Dividend | L | T | Buy | 07/28 | J | | |
| 13. FerrisBakerWatts - Reserve Primary Fund | A | Dividend | | | Rollover | 07/28 | | | |
| 14. American Skandia | A | Dividend | | | Rollover | 08/07 | | | |
| 15. AST Capiral Growth Asset Allocation | D | Dividend | K | T | Buy | 08/07 | | | |
| 16. AST Balanced Asset Allocation | D | Dividend | K | T | Buy | 08/07 | | | |
| 17. M&T Bank (common) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. M&T Bank 401(K)▮ | D | Dividend | M | T | | | | | |
| 19. Reliance bank 401(K)▮ | A | Int./Div. | L | T | | | | | |
| 20. Northwestern Mutual Life Ins(Universal Life Policies) | B | Dividend | M | T | | | | | |
| 21. AKZO Nobel NV Sponsored ADR 4 | A | Dividend | | | Sell | 05/08 | J | | |
| 22. AKZO Nobel NV Sponsored ADR 4 | | | | | Sell | 05/11 | J | | |
| 23. Ameren Corp 4 | A | Dividend | J | T | | | | | |
| 24. Amsouth Bancorporation 4 | A | Dividend | | | Sell | 09/27 | J | A | |
| 25. BAA PLC Sponsored ADR 4 | A | Dividend | | | Sell | 02/17 | J | A | |
| 26. BCE Incorporated (Canada) 4 | A | Dividend | | | Exchange | 07/17 | J | A | |
| 27. BCE Incorporated Com New (Canada) (Formerly BCE Incorporate4 | A | Dividend | J | T | Exchange | 07/17 | | | |
| 28. Boots Group PLC 4 | A | Dividend | | | Name Change | 08/09 | | | |
| 29. Alliance Boots PLC(Formerly Boots Group PLC) 4 | A | Dividend | | | Name Change | 08/09 | | | |
| 30. Alliance Boots PLC 4 | A | Dividend | | | Sell | 08/14 | J | | |
| 31. Consolidated Edison 4 | A | Dividend | J | T | | | | | |
| 32. | A | Dividend | J | T | Buy | 07/18 | J | | |
| 33. First Horizon National Corporation 4 | A | Dividend | J | T | | | | | |
| 34. H J Heinz Co 4 | A | Dividend | | | Sell | 07/31 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sell | 05/18 | J | A | |
| 36.   Keycorp New 4 | A | Dividend | J | T | | | | | |
| 37.   Loew's Corporation Carolina 4 | A | Dividend | | | Sell | 09/07 | J | A | |
| 38. | | | | | Sell | 09/08 | J | A | |
| 39. | | | | | Sell | 12/01 | J | A | |
| 40. | | | | | Sell | 12/04 | J | A | |
| 41.   Marathon Oil Corp 4 | A | Dividend | | | Sell | 07/27 | J | A | |
| 42.   National City Corp 4 | A | Dividend | J | T | | | | | |
| 43. | | | | | Buy | 02/17 | J | | |
| 44.   Nicor Inc 4 | A | Dividend | | | Sell | 12/21 | J | A | |
| 45. | | | | | Sell | 12/26 | J | A | |
| 46. | | | | | Sell | 12/27 | J | A | |
| 47. | | | | | Sell | 12/28 | J | A | |
| 48. | | | | | Sell | 12/29 | J | A | |
| 49.   Nisource Inc 4 | A | Dividend | J | T | | | | | |
| 50.   PNC Financial Srvs Group 4 | A | Dividend | | | Sell | 03/23 | J | A | |
| 51. | | | | | Sell | 03/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sell | 09/07 | J | A | |
| 53. | | | | | Sell | 09/08 | J | A | |
| 54. Packaging Corp America 4 | A | Dividend | J | T | | | | | |
| 55. Peoples Energy Inc 4 | A | Dividend | J | T | | | | | |
| 56. Pinnacle West Cap Corporation 4 | A | Dividend | J | T | | | | | |
| 57. Progress Energy Inc 4 | A | Dividend | J | T | | | | | |
| 58. Reynolds American Inc 4 | A | Dividend | J | T | | | | | |
| 59. Scottish Pwr PLC 4 | A | Dividend | | | Merger | 05/18 | J | A | |
| 60. Scottich Pwr PLC New(Formerly Scottish Pwr PLC) 4 | A | Dividend | | | Sell | 12/08 | J | A | |
| 61. Telecom Corp NZ Ltd 4 | A | Dividend | J | T | | | | | |
| 62. UST Inc 4 | A | Dividend | J | T | | | | | |
| 63. United Utilities PLC 4 | A | Dividend | J | T | | | | | |
| 64. UPM Kymmene Corp 4 | A | Dividend | | | Sell | 07/31 | J | A | |
| 65. Carramerica Rlty Corp 4 | A | Dividend | | | Sell | 01/09 | J | | |
| 66. | | | | | Sell | 03/16 | J | A | |
| 67. Duke Realty Corporation 4 | A | Dividend | | | Sell | 10/26 | J | A | |
| 68. | | | | | Sell | 10/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 R =Cost (Real Estate Only) | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sell | 10/30 | J | A | |
| 70. | | | | | Sell | 10/31 | J | A | |
| 71. First Indusstrial Realty Tr 4 | A | Dividend | J | T | | | | | |
| 72. HRPT Property Trust 4 | A | Dividend | J | T | | | | | |
| 73. Health Care Property Invs 4 | A | Dividend | | | Sell | 12/14 | J | A | |
| 74. | | | | | Sell | 12/15 | J | A | |
| 75. | | | | | Sell | 12/18 | J | A | |
| 76. Health Care Realty Trust 4 | A | Dividend | J | T | | | | | |
| 77. Hospitality Properties Tr 4 | A | Dividend | J | T | Buy | 03/16 | J | | |
| 78. | | | | | Buy | 03/17 | J | | |
| 79. Liberty Property Tr 4 | A | Dividend | | | Sell | 12/21 | J | A | |
| 80. | | | | | Sell | 12/22 | J | A | |
| 81. Mack Cali Realty Corp 4 | A | Dividend | | | Sell | 10/16 | J | A | |
| 82. | | | | | Sell | 10/17 | J | A | |
| 83. | | | | | Sell | 10/18 | J | A | |
| 84. Nationwide Health Properties 4 | A | Dividend | J | T | | | | | |
| 85. Senior Housing Properties Tr 4 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kimberly Clark Corporation 4 | A | Dividend | | | Buy | 04/27 | J | A | |
| 87. | A | Dividend | | | Buy | 05/18 | J | A | |
| 88. | A | Dividend | | | Sell | 12/14 | J | A | |
| 89. | A | Dividend | | | Sell | 12/27 | J | A | |
| 90. Allied Cap Corporation 4 | A | Dividend | J | T | Buy | 12/19 | J | A | |
| 91. | A | Dividend | J | T | Buy | 12/20 | J | A | |
| 92. | A | Dividend | J | T | Buy | 12/21 | J | A | |
| 93. | A | Dividend | J | T | Buy | 12229 | J | A | |
| 94. | A | Dividend | J | T | Buy | 12/26 | J | A | |
| 95. Coamerica Incorporated 4 | A | Dividend | J | T | Buy | 03/27 | J | A | |
| 96. Deutsche Telekom AG 4 | A | Dividend | J | T | Buy | 09/08 | J | A | |
| 97. Enel Societa Per Azioni ADR 4 | A | Dividend | J | T | Buy | 10/16 | J | A | |
| 98. Gallagher Arthur J & Company 4 | A | Dividend | J | T | Buy | 07/31 | J | A | |
| 99. | A | Dividend | J | T | Buy | 08/14 | J | A | |
| 100. Kingfisher PLC 4 | A | Dividend | J | T | Buy | 01/11 | J | A | |
| 101. | A | Dividend | J | T | Buy | 02/17 | J | A | |
| 102. Lloyds TSB Group PLC 4 | A | Dividend | J | T | Buy | 09/08 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | J | T | Buy | 09/28 | J | A | |
| 104. Pfizer Incorporated 4 | A | Dividend | J | T | Buy | 12/14 | J | A | |
| 105. | A | Dividend | J | T | Buy | 12/15 | J | A | |
| 106. | A | Dividend | J | T | Buy | 12/18 | J | A | |
| 107. Telecom Italia SPA New 4 | A | Dividend | J | T | Buy | 12/06 | J | A | |
| 108. | A | Dividend | J | T | Buy | 12/08 | J | A | |
| 109. Telstra Corporation Limited 4 | A | Dividend | J | T | Buy | 11/01 | J | A | |
| 110. US Bancorp Del Com New 4 | A | Dividend | J | T | Buy | 12/21 | J | A | |
| 111. | A | Dividend | J | T | Buy | 12/22 | J | A | |
| 112. | A | Dividend | J | T | Buy | 12/26 | J | A | |
| 113. | A | Dividend | J | T | Buy | 12/28 | J | A | |
| 114. | A | Dividend | J | T | Buy | 12/29 | J | A | |
| 115. Unilever PLC 4 | A | Dividend | J | T | Buy | 05/11 | J | A | |
| 116. | A | Dividend | J | T | Buy | 05/18 | J | A | |
| 117. Verison Communication 4 | A | Dividend | J | T | Buy | 12/21 | J | A | |
| 118. | A | Dividend | J | T | Buy | 12/22 | J | A | |
| 119. | A | Dividend | J | T | Buy | 12/26 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wachovia Corporation 2nd New 4 | A | Dividend | J | T | Buy | 12/08 | J | A | |
| 121. Washington Mutual Incorporated 4 | A | Dividend | J | T | Buy | 09/27 | J | A | |
| 122. Weyerhaeuser Company 4 | A | Dividend | J | T | Buy | 07/31 | J | A | |
| 123. | A | Dividend | J | T | Buy | 08/01 | J | A | |
| 124. Brandywine realty Tr Sh Ben Int 4 | A | Dividend | J | T | Buy | 03/23 | J | A | |
| 125. | A | Dividend | J | T | Buy | 03/24 | J | A | |
| 126. Health Care Reit Incorporated 4 | A | Distribution | J | T | Buy | 05/11 | J | A | |
| 127. Lexinton Corporation PPTYS Tr 4 | A | Dividend | J | T | Buy | 08/14 | J | A | |
| 128. | A | Dividend | J | T | Buy | 08/15 | J | A | |
| 129. | A | Dividend | J | T | Buy | 08/16 | J | A | |
| 130. RJ Bank Deposit Program(X) 4 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Held in ▓▓▓▓ self directed IRA with Ferris Baker Watts
2) Held in ▓▓▓ self directed IRA with American Skandia
3) ▓▓▓ self directed IRA with Ferris Baker Watts rolled over to IRA with American Skandia
4) Self directed IRA
5) Fidelity Advisors Ser IV Intermediate Bond Fd Cl C was inadvertently omitted from the listing of asset on the 2005 report. The correction is included in the current years report.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮     Date _May 11, 2007_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544